# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES FORDJOUR,<br><br>　　　　　　　Petitioner,<br><br>　　v.<br><br>MICHAEL B. MUKASEY, et al.,<br><br>　　　　　　　Respondents. | 1:08  CV 0885 OWW WMW HC<br><br>ORDER DENYING MOTION FOR SANCTIONS AND TO COMPEL<br>[Doc. 13]<br><br>ORDER DENYING MOTION FOR RELEASE ON OWN RECOGNIZANCE<br>[Doc. 21]<br><br>ORDER DENYING MOTION DIRECTING CLERK OF COURT<br>[Doc. 22]<br><br>ORDER DENYING MOTION RE NOTICE<br>[Doc. 23, 24] |

　　　　Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  On September 2, 2008, Petitioner filed a motion for sanctions and for an order compelling Respondent to serve Petitioner with notice of appearance.  Respondent filed a notice of appearance in this case on September 11, 2008.  Accordingly, Petitioner's motion for sanctions and to compel [doc. 13] is HEREBY DENIED.

　　　　On September 29, 2008, Petitioner filed a motion for release on his own recognizance pending review of his petition for writ of habeas corpus.   In this petition, Petitioner challenges the detainer placed on him by the United States Immigration and Customs Enforcement, while he remains in the Kings County Jail serving a state prison term.  The court finds that Petitioner has demonstrated no legal basis for release on his own recognizance, and therefore HEREBY

1

1  DENIES Petitioner's motion [doc. 21].

2      On September 29, 2008, Petitioner filed a motion for an order directing the Clerk of the
3  Court to serve Petitioner with a copy of the court order of August 22, 2008, docket no. 11.  The
4  Clerk of the Court previously served Petitioner with a copy of that order on September 17, 2008.
5  Accordingly, Petitioner's motion [doc. 22] is HEREBY DENIED.

6      On September 29, 2008, Petitioner filed two motions seeking notice of any court orders
7  resolving motions for which he has not already received notice.  No such order exist.
8  Accordingly, Petitioner's motions [docs. 23, 24] are HEREBY DENIED.

10  IT IS SO ORDERED.

11  **Dated:   October 2, 2008**            /s/  **William M. Wunderlich**
                                            UNITED STATES MAGISTRATE JUDGE

2