# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES FORDJOUR, | 1:08 CV 0885 OWW WMW HC |
| Petitioner, | ORDER DENYING MOTION FOR COPIES [Doc. 29] |
| v. | ORDER DENYING MOTION FOR EXTENSION OF TIME TO FILE TRAVERSE [Doc. 21] |
| MICHAEL B. MUKASEY, et al., | |
| Respondents. | |

    Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  On October 17, 2008, Petitioner filed a motion for the court to order Respondents to provide him with copies of legal documents.  As was previously explained to Petitioner in the court's order entered October 7, 2008, this matter will be address on a case by case basis.  No pleadings from Petitioner are currently due in this case. Accordingly, Petitioner's motion is HEREBY DENIED.

    On October 20, 2008, Petitioner filed a motion for an extension of time to file a traverse. No traverse is possible in this case, because Respondent filed a motion to dismiss to which Petitioner has already filed an opposition.  Accordingly, Petitioner's motion is HEREBY DENIED.

    Petitioner is cautioned that the repeated filing of  baseless motions serves only to delay

1

1  the resolution of his case on the merits.

3  IT IS SO ORDERED.

4  **Dated:   October 23, 2008**           **/s/  William M. Wunderlich**
                                            UNITED STATES MAGISTRATE JUDGE