# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES FORDJOUR,<br><br>             Petitioner,<br><br>   v.<br><br>MICHAEL B. MUKASEY, et al.,<br><br>             Respondents. | 1:08 CV 0885 OWW WMW HC<br><br>ORDER DENYING APPEAL, CONSTRUED AS MOTION FOR RECONSIDERATION<br><br>[Doc. 28] |

     Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. On October 2, 2008, the Magistrate Judge entered an order denying the following: Petitioner's motion for sanctions and for an order compelling Respondent to serve Petitioner with notice of appearance; Petitioner's motion for release on his own recognizance pending review of his petition for writ of habeas corpus; Petitioner's motion for an order directing the Clerk of the Court to serve Petitioner with a copy of the court order of August 22, 2008; and Petitioner's two motions seeking notice of any court orders resolving motions for which he has not already received notice.

     Petitioner has filed a "notice of appeal" from this order. The Court will construe this as a motion for reconsideration by the District Judge pursuant to Local Rule 72-303(c). The Court has reviewed the Magistrate Judge's order, and notes that the Magistrate Judge mistakenly

referred to Petitioner as serving a state prison sentence, when he is in fact a pretrial detainee. However, the Court finds that Petitioner has not carried his burden of showing that the Magistrate Judge's decision on any of Petitioner's motions was "clearly erroneous or contrary to law," as required under the standard set forth in 28 U.S.C. § 636(b)(1)(A).

    Accordingly, Petitioner's appeal, construed herein as a motion for reconsideration, is HEREBY DENIED.

IT IS SO ORDERED.

**Dated:   October 27, 2008**             /s/ **Oliver W. Wanger**
                                              UNITED STATES DISTRICT JUDGE