IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CHARLES FORDJOUR,** | 08-cv-0885 OWW WMW HC |
| Petitioner, | ORDER GRANTING MOTION FOR EXTENSION OF TIME |
| v. | [Doc. 40] |
| **C. M. HARRISON,** | |
| Respondent. | |

    Petitioner has filed a petition for a writ of habeas corpus pursuant to 28U.S.C. § 2241.  On December 4, 2008, Petitioner filed a motion for an extension of time to file objections to the findings and recommendations entered in this case on October 28, 2008.  Good cause appearing, Petitioner's motion is HEREBY GRANTED.  Petitioner is granted THIRTY DAYS from the date of service of this order within which to file his objections.  IT IS SO ORDERED.

**Dated:   December 9, 2008**             /s/  William M. Wunderlich
                                                      UNITED STATES MAGISTRATE JUDGE