IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **CHARLES FORDJOUR,** | ) | 1: 08-cv-0885 OWW WMW HC |
| Petitioner, | ) ) | ORDER ADOPTING FINDINGS AND |
| v. | ) ) | RECOMMENDATIONS AND DISMISSING PETITION |
| **C. M. HARRISON,** | ) ) | [Doc. 18, 33] |
| Respondent. | ) ) | |
| | ) | |

    Petitioner is a pretrial detainee who has filed a petition for a writ of habeas corpus pursuant to 28U.S.C. § 2241, challenging a BICE detainer placed on him. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On October 28, 2008, the Magistrate Judge filed findings and recommendations herein.  These findings and recommendations were served on the parties and contained notice to the parties that any objections to the findings and recommendations were to be filed within thirty days.  After being given an extension of time, Petitioner filed objections on January 20,

2009.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has conducted a <u>de</u> <u>novo</u> review of this case.   See <u>Britt v. Simi Valley Unified School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983).   Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Based on the foregoing, it is HEREBY ORDERED  that:

1. The findings and recommendations issued by the Magistrate Judge on October 28,  2008, are adopted in full;
2. The petition for writ of habeas corpus is DISMISSED for lack of subject matter jurisdiction;
3. The Clerk of the Court is directed to enter judgment for Respondent and to close this case.

IT IS SO ORDERED.

**Dated:   January 29, 2009**               /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE

2