# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| CHARLES FORDJOUR, | 1:08-cv-00885 OWW YNP DLB (HC) |
| Petitioner, | ORDER DENYING PETITIONER'S REQUEST FOR ALL COURT ORDERS |
| v. | [Doc. #50] |
| MICHAEL B. MUKASEY, | |
| Respondent. | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

Petitioner's petition was dismissed on January 29, 2009.

On March 11, 2009, Petitioner filed a motion requesting copies of all court orders in this case.

The court does not provide free copies of orders to parties. Each party received a copy of the order with service when the order was originally filed. A party who wishes to obtain a duplicate of any court document must contact the Clerk's Office. Copies up to 20 pages may be made by the Clerk's office at a charge of $.50 per page. For larger orders, contact Attorney's Diversified Service (ADS) by writing to them at 741 N. Fulton Street, Fresno, CA 93728, by phoning 1-800-842-2695, by Faxing a request to 559-486-4119, or by leaving a voice mail at 559-259-8544. Please note, In Forma Pauperis status does not cover the cost of copies.

Accordingly, Petitioner's motion requesting all court orders is hereby DENIED.

IT IS SO ORDERED.

Dated:   **June 29, 2009**          _____ **/s/ Dennis L. Beck** _____
UNITED STATES MAGISTRATE JUDGE

U.S. District Court
E. D. California

1